UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Leon H. Collins,      Civ. No. 25-2885 (PAM/DJF)

    Petitioner,

v.      **ORDER**

Hennepin County Courts,

    Respondent.

---

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Dulce J. Foster dated July 23, 2025. (Docket No. 4.) The R&R recommends dismissal of this matter without prejudice. Petitioner did not file any objections to the R&R, and the time to do so has passed. D. Minn. L.R. 72.2(b)(1).

This Court must review de novo any portion of an R&R to which specific objections are made, but in the absence of objections, the Court reviews the R&R only for clear error. 28 U.S.C. § 636(b)(1); D. Minn. L.R. 72.2(b); see also Grinder v. Gammon, 73 F.3d 793, 795 (8th Cir. 1996) (noting that district court need only review un-objected-to R&R for clear error). The Court has reviewed the R&R and finds no error, clear or otherwise, in the Magistrate Judge's reasoning.

Accordingly, **IT IS HEREBY ORDERED that**:

1. The R&R (Docket No. 4) is **ADOPTED**;

2. Petitioner's Petition for a writ of habeas corpus (Docket No. 1) is **DENIED**;

3. Petitioner's IFP Applications (Docket Nos. 2, 5) are **DENIED as moot**; and

4. This matter is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 27, 2025                                                           *s/ Paul A. Magnuson*
                                                                                                        Paul A. Magnuson
                                                                                                        United States District Court Judge